UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

EVERETTE L. BLACK, JR.,
PLAINTIFF,

V.   CASE NO. 3:22-CV-260-MMH-JBT

SGT. KISER,
DEFENDANT.

MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS OR FOR SUMMARY JUDGMENT (DOC. 35).

PLAINTIFF, EVERETTE L. BLACK, JR., HEREBY MOVES FOR AN EXTENSION OF TIME IN WHICH TO FILE MOTION IN RESPONSE TO DEFENDANT'S MOTION TO DISMISS OR FOR SUMMARY JUDGMENT (DOC. 35).

PLAINTIFF AVERS TO THE FOLLOWING:

1. PLAINTIFF, A PRO SE LITIGANT AND A LAYMAN IN LAW PREVIOUSLY FILED A MOTION FOR EXTENSION OF TIME TO FILE IN RESPONSE TO DEFENDANT'S MOTION TO DISMISS OR FOR SUMMARY JUDGMENT (DOC. 35) BASED UPON THE RELEASE DATE THAT STAFF AT JACKSON CORRECTIONAL INSTITUTION TOLD PLAINTIFF, THAT HE WAS GOING TO BE RELEASED FROM CONFINEMENT ON OCTOBER 11, 2023.

2. PLAINTIFF, HAS NOT GOTTEN OUT OF CONFINEMENT YET.

3. STAFF HAD GIVEN PLAINTIFF THE RELEASE DATE

1.

due to be released from confinement of another inmate in error.

4. PLAINTIFF RELEASE DUE DATE to be released from confinement is December 26, 2023.

5. At this point and time, plaintiff DO NOT have ANY of his legal work case law out of his property that involve this case or any other of plaintiff's legal cases.

6. (SEE ATTACHMENT) Informal Grievance dated October 11, 2023, when plaintiff received BAD NEWS, that he was not getting out of confinement as planned. Plaintiff once again wrote an informal grievance in accordance with Rule Chapter 33 F.A.C. (Admissible reading materials allowed while in confinement), Trying to get ALL of his legal materials delivered to him, such as ALL of his legal materials (work case law, ALL (paperback) legal books, dictionary, writing envelopes and stamps, (red) address book, and notebook paper. But plaintiff have yet to receive ANY of his legal materials out of his property today which is November 6, 2023. Plaintiff, wrote another informal grievance in the attempt to receive said legal materials out of his property on 10-19-23 (SEE ATTACHMENT Informal Grievances). No inmate here at Jackson Correctional Institution haven't been allowed to receive our (admissible reading materials out of our property while being housed in confinement) such as

2.

LEGAL CASE LAW WORK, (PAPERBACK) LEGAL BOOKS, NEWSPAPERS, MAGAZINES, NO BIBLES, NO KORAHNS, NO (PAPERBACK) BUSINESS BOOKS, DICTIONARIES, ETC., NOTHING PERIOD WHICH VIOLATES OUR CONSTI-TUTION AMENDMENT RIGHTS (WARDEN) HEATH HOLLAND, (A.W.O) J. LOYD, (A.W.P) GLENN HANCOCK, (COLONEL) SHOUPPE, AND (PROPERTY ROOM) SGT. A. MISSILDINE ARE ALL IN COHERSION AGAINST US INMATES AND IS RESPONSIBLE FOR ALL OF US INMATES NOT BEING ABLE TO MEET COURT DEADLINES IN A TIMELY MANNER.

7. PLAINTIFF WAS FORCED TO BORROW WRITING PAPER, STAMPS, AND ENVELOPES TO WRITE THIS (MOTION) TO THE COURTS REQUESTING AN ADDITIONAL EXTENSION OF TIME.

8. PLAINTIFF IS UNABLE TO ACCESS THE PRISON LAW LIBRARY AT THIS TIME TO PROPERLY PREPARE SAID (MOTION) RESPONSE TO DEFENDANT'S MOTION TO DISMISS OR FOR SUMMARY JUDGMENT (DOC. 35), USE THE COMPUTER TO SITE CASE LAW, MAKE COPIES FOR EXHIBITS FOR THE DECLARATION OF LESTER FISHER AND THE DECLARATION OF (SGT) S. KISER ETC. RESPECTIVELY.

9. PLAINTIFF NOTES, THAT DEFENDANT HAVE BEEN GRANTED SEVERAL EXTENSIONS IN THIS STYLE CASE TO FILE SUMMARY JUDGMENT MOTION AND OTHER (MOTIONS) ETC..

10. PLAINTIFF REQUEST THAT THIS COURT WILL ALLOW PLAINTIFF UNTIL AFTER DECEMBER 26, 2023 TO

3.

file said (motion) response to defendant's motion to dismiss or for summary judgment (Doc. 35), so that plaintiff can get his legal work case law out of his property in the institution (property room) and access the prison law library and be allowed the opportunity to prepare said (motion) response to defendant's motion to dismiss or for summary judgment (Doc. 35).

11. Plaintiff asserts that this motion for extension of time is filed in good faith and not for purpose of undue delay.

12. Plaintiff additionally asserts that pursuant to the "mail box rule", this motion is timely filed.

Everette L. Black Jr. #364497  pro se
Everette L. Black Jr. #364497  pro se

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document has been provided to prison officials for mailing to: (ERIK KUERNE), Senior Assistant Attorney General, Office of the Attorney General, PL-01 The Capitol, Tallahasse, Florida. 32399-1050 on this 6th day of November, 2023.

NOV 06 2023
FOR MAILING JR E.B

Everette L. Black Jr. #364497
EVERETTE L. BLACK JR. #364497
JACKSON CORRECTIONAL INSTITUTION
5563 10th STREET
MALONE, FLORIDA. 32445-3144

5.