UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

EVERETTE L. BLACK, JR.,

      Plaintiff,

v.                                            Case No. 3:22-cv-260-MMH-JBT

SGT. KISER,

      Defendant.
_____

**ORDER**

Before the Court are Defendant's Motion for Extension of Time to File Reply to Response to Motion for Summary Judgment (Doc. 52) and Defendant's Motion for Leave to Conduct Additional Limited Discovery (Motion for Discovery; Doc. 53). Defendant indicates that Plaintiff opposes both Motions. The Court recognizes that it is ruling on Defendant's Motions without waiting for the opposition period to run. See Local Rule 3.01(c), Rules of the United States District Court for the Middle District of Florida. However, due to the age of the case, the Court is interested in resolving the issues without further delay.

In the Motion for Discovery, Defendant represents that Plaintiff's response to Defendant's motion for summary judgment included letters sent to

Plaintiff by inmate Lester Fisher (Fisher).[1] See Motion for Discovery at 2. These letters were not previously disclosed to Defendant. Id. at 3. Indeed, according to Defendant, Fisher's involvement in this case did not come to light until after the April 28, 2023 discovery deadline. Id. at 4. Defendant further represents that the letters submitted with Plaintiff's response are incomplete and Plaintiff has informed Defendant that there is "at least one additional letter [Plaintiff] sent to []Fisher" that has not been disclosed. Id. at 3.

In light of the foregoing, the Court determines that additional discovery is warranted. Thus, the Court **DEFERS** ruling on the pending dispositive motions, Defendant's Motion to Dismiss or for Summary Judgment (Doc. 35) and Plaintiff's Motion for Summary Judgment (Doc. 32), to allow for the completion of that discovery and completion of briefing on Defendant's motion. The Court **GRANTS** Defendant's Motion for Leave to Conduct Additional Limited Discovery (Doc. 53) to the extent that Defendant may conduct additional limited discovery related only to the communications between Plaintiff and Fisher. Defendant must complete this discovery by **March 29, 2024**. The Court **GRANTS** Defendant's Motion for Extension of Time (Doc. 52)

---

[1] The Court notes that Fisher provided a declaration in support of Defendant's motion for summary judgment. See Doc. 35-4.

to the extent Defendant shall file a reply by **April 19, 2024**. **No further extensions will be permitted.**

**DONE AND ORDERED** at Jacksonville, Florida, this 30th day of January, 2024.

*/s/ Marcia Morales Howard*
**MARCIA MORALES HOWARD**
United States District Judge

caw 1/26
c:
Everette L. Black, Jr., #364497
Counsel of Record